No. 03–6398.  AJAYI v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–6400.  LITTLES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–6410.  TWILLIE v. WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–6418.  COOLEY ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–6421.  MCCREADY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 03–6424.  WARD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–6429.  CARTER v. THOMAS.  Sup. Ct. Fla.  Certiorari denied.

No. 03–6437.  ROSS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–6441.  SANTIAGO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–6450.  SCRIVENS v. HOBBS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–6453.  ROBERTSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–6456.  MAYNIE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–6465.  CUMMINGS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–6469.  HERNANDEZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–6470.  JEPPESON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.